UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-203 |
| TAMMY KING WATTS | SECTION "N" |

**ORDER AND REASONS**

Before the Court is the Defendant's Motion to Terminate Probation (Rec. Doc. 27). Neither the Probation Officer nor the Government opposes this motion. After considering the motion,

**IT IS ORDERED** that the **Motion to Terminate Probation (Rec. Doc. 27)** is **GRANTED IN PART and DENIED IN PART.** The motion is denied to the extent that this Court will not terminate Defendant's probation in its entirety. However, because the Court has been informed that Defendant has paid her special assessment and her restitution in full and because neither the Government nor the Probation Officer oppose this motion, it is granted to the extent that the Court will shorten the term of Defendant's probation from 5 years to 3 years. The Court will also suspend conditions 2 and 3 of her supervision, which relate to restrictions on finances, as Defendant has paid her restitution and special assessment fee in full.

New Orleans, Louisiana, this 12th day of November, 2007.

**KURT D. ENGELHARDT**
**United States District Judge**